FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 22 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



---

**In re:  SUNNYSLOPE HOUSING
LIMITED PARTNERSHIP**,

Debtor,

_____

**FIRST SOUTHERN NATIONAL
BANK**,

Plaintiff-Appellant,

v.

**SUNNYSLOPE HOUSING LIMITED
PARTNERSHIP**,

Defendant-Appellee.

No.   12-17241

D.C. No. 2:11-cv-02579-HRH
District of Arizona,
Phoenix

**ORDER**

| | |
|---|---|
| **In re: SUNNYSLOPE HOUSING LIMITED PARTNERSHIP**, <br><br> Debtor, <br> _____ <br><br> **SUNNYSLOPE HOUSING LIMITED PARTNERSHIP**, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> **FIRST SOUTHERN NATIONAL BANK**, <br><br> Defendant-Appellee. | No. 12-17327 <br><br> D.C. No. 2:11-cv-02579-HRH <br> District of Arizona, <br> Phoenix |
| **In re: SUNNYSLOPE HOUSING LIMITED PARTNERSHIP**, <br><br> Debtor, <br> _____ <br><br> **FIRST SOUTHERN NATIONAL BANK**, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> **SUNNYSLOPE HOUSING LP**, <br><br> Defendant-Appellee. | No. 13-16164 <br><br> D.C. No. 2:12-cv-02700-HRH <br> District of Arizona, <br> Phoenix |

| | |
|---|---|
| **In re: SUNNYSLOPE HOUSING LIMITED PARTNERSHIP**, <br><br> Debtor, <br> _____ <br><br> **SUNNYSLOPE HOUSING LP**, <br><br>  Plaintiff-Appellant, <br><br> v. <br><br> **FIRST SOUTHERN NATIONAL BANK**, <br><br>  Defendant-Appellee. | No.  13-16180 <br><br> D.C. No. 2:12-cv-02700-HRH <br> District of Arizona, <br> Phoenix |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that these cases be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3.  The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.